

**EXHIBIT A**

## Hearing Request Form

### THIS FORM MAY BE USED TO FILE A HEARING OR EXPEDITED HEARING REQUEST

**To:** Due Process Office, Special Services Team
Maine Department of Education
23 State House Station
Augusta, ME 04333-0023

**Please check one:**   **X** Hearing Request   ___ Expedited Hearing Request
(Select only ONE of the two choices above. Note: An expedited hearing may only be requested in matters pertaining to discipline.)

**If requesting a hearing, are you willing to participate in mediation?**   **X** Yes   ___ No
(Mediation will not interfere with the timelines for a hearing.)

**Name of Person Requesting Hearing:** Richard O'Meara, Esq.
**Please check one:** *must attach copy of appointment
\_ Parent                       \_ Attorney for school/CDS    \_ Educational Surrogate Parent*
\_ Student (if 18 or older)     **X** Attorney for parent/child    \_ Guardian*
\_ School District/CDS Board    \_ Person appointed by court to make educational decisions*
\_ Individual with whom the child lives and who is acting in place of parent

**Parent #1's Name:** Jane Doe
**Address:**
**City, State and Zip:**
**E-mail Address:**

**Telephone:** Home:           Work:            Fax:
            Cell:

**Parent #2's Name (Required Information):** John Doe
**Address:**
**City, State and Zip:**

**E-mail Address:**

**Telephone:** Home:           Work:            Fax:
            Cell:

**If information for Parent #2 not provided, please explain:**

**Child's Name:** Tommy Doe

**Date of Birth:**           **Age:** 19    **Disability:** Autism

**Child's Residence (if different from parent):** (residential group home)

**Telephone:** Home: N/A

**School district/CDS the child attends:** Lewiston School District

| | | | |
|---|---|---|---|
| School/Program child attends: | Spurwink Lewiston Day Treatment | Grade: | 12 |
| Address of the School/Program: | 581 Sabattus Street, Lewiston, ME 04240 | | |

(If the child is homeless, please provide contact information for the child.)

Is the child tuitioned to the school/program listed above?     **X** Yes     ___ No

If yes, from which town or district?    Lewiston

Is the Parent(s)/Adult Student represented by an attorney or assisted by an advocate in this Due Process Hearing?     **X** Yes     ___ No

**Attorney/Advocate:** Richard O'Meara
**Firm Name:** MURRAY, PLUMB & MURRAY
**Address:** 75 Pearl Street, P.O. Box 9785
**City, State and Zip** Portland, ME 04104-5085

**Telephone:** 207-773-5651     **Fax:** 207-773-8023     **E-mail:** romeara@mpmlaw.com

**Description of the Issue(s):**
Note: Federal law requires that you completely and accurately describe the reason(s) you are asking for a hearing and the outcome you are seeking. This includes a description of the child's special needs. Please describe the child, the child's IEP/IFSP or educational program, and the reason(s) you are requesting a hearing. Please be as complete as possible including dates, names, and places when appropriate, as well as all of the issue(s) you want the hearing officer to address, and the facts relating to those issues. **Failure to provide complete information may result in a challenge to the sufficiency of the Hearing Request.**

Tommy Doe is a 19-year old student under court-ordered guardianship, with his parents serving as co-guardians. He is eligible for special education and related services as a student with autism. Tommy initially attended public schools in Gorham, where he grew up, then in sixth grade was placed at the Morrison Center, a special purpose school for children with developmental disabilities located in Scarborough. Subsequently, Tommy attended the Center of Excellence (formerly the Center for Autism and Developmental Disorders), Spring Harbor Academy (while an in-patient at Spring Harbor Hospital beginning in January 2022). He then became a resident of Spurwink's residential program in Chelsea, which closed in June 2024, while attending school at Spurwink's Lewiston Day Treatment. He currently resides in a group home in Lewiston operated by ███████████, and attends school at Spurwink Lewiston Day Treatment in Lewiston. He has 3:1 adult support staffing to remain safe in his placement.

One of Tommy's greatest areas of need, caused by his autism, is expressive communication. He is largely non-verbal. He also struggles with fine motor skills as they related to manual or non-verbal communication; this also inhibits his ability to communicate. When he cannot make himself understood, Tommy becomes frustrated. As his frustration builds, his behavior deteriorates. It is well known that Tommy can exhibit aggressive behaviors that may be harmful to himself or others. Although this behavior occurs with low frequency, it is a high intensity behavior that often involves biting others.

Since late August 2024, Tommy has not displayed any biting behaviors, although he was briefly placed in seclusion twice (August 22 and September 30) for having an open mouth, which is a precursor behavior. On the whole, Tommy was engaging more in his educational programming during this period of time. On November 1, 2024, however, Tommy had a behavioral incident during which he bit three staff members at Spurwink Lewiston Day Treatment, while transitioning into the building from outside. Spurwink suspended Tommy from school for five days (November 4-8) due to this behavior.

On November 8, Lewiston convened Tommy's IEP Team for a previously scheduled triennial IEP Team meeting, which was attended by representatives from Spurwink and by Tommy's guardians. Toward the end of the meeting, Spurwink's representative indicated to the guardians that it was unilaterally dismissing Tommy from its school. The IEP Team, however, made no determination of whether Tommy's behavior was a manifestation of his disability—which it obviously was—nor did the Team make any determination to change Tommy's placement. Lewiston's counsel stated on the record that Lewiston had no other placement available for Tommy. Tommy's current IEP, dated August 2024, describes his placement as "outplaced" for "day treatment," stating that "TD requires a highly structured and staff supported environment with clear and consistent expectations and a clinical component."

The Maine Department of Education issued an administrative letter on November 24, 2021, entitled "IEP REQUIREMENTS FOR OUT-OF-UNIT PLACEMENTS." This letter, which interprets MUSER § IX.3.I, applies directly here and states in relevant part:

> "The sending SAU has the administrative responsibility for the education of a student with a disability who has been placed in an out-of-unit placement. **Special Purpose Private Schools (SPPS) and other out-of-unit entities must ensure compliance with IDEA, utilizing the IEP team process and maintaining "stay put" in the event of a dispute (34 CFR §300.518).**
>
> The Department is concerned that some School Administrative Districts, SPPS, and Public Regional Programs believe that the language of MUSER XI.3.I allows a receiving out-of-unit placement to remove a student with a disability from school for any reason, without utilizing the IEP Team process, and without maintaining 'stay put" in the event of a dispute. MUSER IX.3.I requires a receiving placement to ensure compliance with "these rules and the Individuals with Disabilities Act." While the Department views this language to cover the requirements for a change of placement, and for stay put, it is clear that some School Administrative Districts, SPPS, and Public Regional Programs have not operated with this understanding.

> After consulting with counsel, the Department has determined that SPPS and other out-of-unit placements are not in compliance with IDEA when they terminate a student's placement without going through the IEP process. Maine will enforce the federal standard of using the IEP process in the change of placement. Effective immediately, All SAUs must notify the SPPS and out-of-unit placements that in order to continue these placements, they must abide by the federal standard and provide FAPE to eligible students who are placed at SPPS and other out-of-unit placements."

(Emphasis added.)

As set forth in this Administrative Letter, Lewiston's and Spurwink's unilateral action to discharge TD from his placement without use of the IEP process violated his rights under state and federal law, both procedurally and substantively.

How could this problem be resolved?

TD's guardians contest Spurwink's unilateral action, apparently approved by Lewiston, to effect TD's discharge and change of placement without use of the IEP process as a serious violation of the IDEA and Maine law. They seek continuation of his educational programming and placement at Spurwink Lewiston Day Treatment per his IEP. They also invoke TD's stay-put rights and, in the event of non-compliance by Lewiston and Spurwink, they request an immediate order permitting him to continue his placement at Spurwink Lewiston Day Treatment during the pendency of these proceedings.

---

THIS FORM MUST BE SENT TO THE OPPOSING PARTY. AT THE SAME TIME, YOU MUST SEND A COPY OF THIS FORM TO THE MAINE DEPARTMENT OF EDUCATION. PLEASE SIGN BELOW TO CERTIFY THAT YOU ARE COMPLYING WITH THIS REQUIREMENT.

I certify that I am sending this hearing request form to the opposing party and, at the same time, I am sending a copy to the Maine Department of Education.

*Richard O'Meara*
Signature

Signature of individual submitting request:

*Richard O'Meara*                                                              Date: November 8, 2024

Richard L. O'Meara
Counsel for Tommy Doe through his
Guardians, John and Jane Doe

NOTE: If the individual submitting this request is an adult student (18 years of age or older) and no longer under a parent's legal guardianship, the form must be signed by the adult student, not his or her parent.

For additional information or assistance, you may wish to contact:

- The superintendent or special education director of the school district, or CDS site board chair or regional CDS site director
- The Maine Department of Education, Due Process Office
  Tel. (207) 624-6643; Fax: (207) 624-6641; Maine Relay 711; or
  e-mail: katherine.chadwick@maine.gov
- The Maine Parent Federation (MDF) 1-800-870-7746

**Note to parents requesting a due process hearing:** Recent amendments to state and federal laws concerning special education services for children with disabilities require parents or their attorneys to provide the information contained within this form to the State Department of Education and the local school district. Failure to provide this information may result in a reduction in the award of any attorney fees. (20 U.S.C. § 615(b)(7) and § 615(i)(3)(F) and Title 20-A M.R.S.A. § 7207-B(3-A))

The State of Maine Department of Education provides equal opportunity in its program and services. If you need accommodations, please contact the Due Process Consultant, Lisa Whitis, (207) 624-6643, Maine Relay 711, or e-mail: katherine.chadwick@maine.gov.