

# LEWISTON PUBLIC SCHOOLS

**EXHIBIT C**

36 Oak Street
Lewiston, ME 04240
www.lewistonpublicschools.org
TDD: 207-795-4100
FAX: 207-795-4177

Administration: 207-795-4100
Business: 207-795-4104
Curriculum: 207-795-4103
ELL Program: 207-795-4105
Facilities: 207-795-4107
Nutrition/Transportation: 207-795-4106
Payroll: 207-795-4109
Special Education: 207-795-4108
Technology: 207-753-6416

SENT BY EMAIL ONLY
Eric Campbell
Vice President of Educational Services
Spurwink Services, Inc.
901 Washington Ave., Suite 100
Portland, ME 04103
ecampbell@spurwink.org

      Re:    Maine DOE Due Process Hearing Request, filed 11/8/24
                Doe v. Lewiston Public Schools (No. 25.048H)

Dear Eric:

Tommy Doe is a Lewiston Public Schools student with a disability who, until November 1, 2024, attended Spurwink's day treatment program in Lewiston. As you know, on November 8, 2024, TD's parents filed a due process hearing request with the Maine Department of Education pursuant to the Individuals with Disabilities Education Act. In doing so, TD's parents specifically invoked TD's "stay put" right to the implementation of his last agreed upon Individualized Education Program.

I understand that, at an IEP team meeting on Friday, November 8, 2024, Spurwink administrators notified the IEP team that TD was being (or had already been) "discharged" from day treatment. No post-discharge educational programming was offered, leaving TD to remain in his group home all day as of the following Monday. The IEP team did not amend TD's placement or agree to remove him from Spurwink. In fact, my understanding is that TD has been making progress – albeit perhaps not at the pace that Spurwink would hope – in his programming at Spurwink and has strong relationships with the staff who work with him. Lewiston does not agree with the decision to discharge TD.

Lewiston requests that you allow TD to return to Spurwink and implement his current IEP and that you comply with the IDEA's "stay put" requirements, which apply with equal force to state-licensed special purpose private schools. Please let me know if Spurwink will permit TD to attend school next week.

A LEGACY OF SUBSTANTIAL, ENDURING & CONTINUOUS LEARNING

Lewiston is willing to work collaboratively with Spurwink to create, implement and adjust, as appropriate, strategies to keep TD and Spurwink staff safe while he is at school. If Spurwink will not return TD to school, then Lewiston will file a motion to join Spurwink in the pending due process hearing proceedings requested by TD's parents and seek stay put through that process.

Lewiston values its longstanding relationship with Spurwink and hopes to resolve this issue as quickly as possible. Please contact me at your earliest convenience to discuss this request.

Respectfully,

/s/ Kirsten Crafts
Kirsten Crafts
Director of Special Education
Lewiston Public Schools

Cc:   Jake Langlais, Superintendent, Lewiston Public Schools
Jane and John Doe   Guardians of Tommy Doe
Pender Makin, Commissioner, Maine DOE
Erin Frazier, Director, Maine DOE Special Services and Inclusive Education