**STATE OF MAINE**
**SPECIAL EDUCATION DUE PROCESS HEARING**

EXHIBIT D

Doe

v.

LEWISTON PUBLIC SCHOOLS

Hearing # 25.048H

## ORDER

On November 15, 2024, Guardians filed a *Motion for Maintenance of Placement (Stay Put)* on behalf of their adult disabled son. Their son (Student) was unilaterally discharged on November 8, 2024 from Spurwink Lewiston Day Treatment, a state-approved special purpose day school Student attended pursuant to his IEP. Said discharge was stated by Spurwink's representative at an IEP Team meeting on November 8 without agreement or consensus of the IEP Team. No alternative educational programming was made for the student at that meeting. No Team determination of an alternative placement was made. Thus, the unilateral discharge from Spurwink Lewiston Day Treatment was a change of placement in violation of the IEP process.

The Hearing Officer granted Lewiston Public Schools (District) until November 25, 2024 to respond to Guardians' motion. On November 20, Guardians raised an objection to this time frame as a matter of law, citing 20 USC §1415(j) and its provision of an automatic stay directly applicable to these circumstances. Moreover, with their objection, Guardians submitted a letter from Lewiston Public Schools' Director of Special Education to Spurwink Lewiston Day Treatment likewise reiterating Spurwink's unilateral, non-Team discharge decision, and requesting Spurwink to comply with its obligation to maintain Student's placement in their day program pursuant to IDEA's stay put provisions. (The private school's unequivocal obligation is cited in the Maine Department of Education's administrative letter dated November 24, 2021, *IEP Requirements for Out-of-Unit Placements*.)

Therefore, the Hearing Officer has reconsidered the need for the District to respond to Guardians' motion prior to issuing her ruling. As evidenced by the District's letter to Spurwink, the District agrees with Guardians that Student is entitled to remain in his current IEP educational placement, the Spurwink Lewiston Day Treatment program, during the due process proceedings.

Wherefore, having reviewed and considered the submissions in this matter, and for the summarized reasons above, the Hearing Officer grants *Guardians' Motion for Maintenance of Placement*. Spurwink's unilateral discharge is reversed and Student shall resume his IEP placement at Spurwink Lewiston Day Treatment immediately.

It is so **ordered**.

Dated: November 21, 2024

Melanie Frazek, Esq.
Hearing Officer