

# STATE COMPLAINT INVESTIGATION REQUEST FORM
This form may be used to file a state complaint investigation request.

**EXHIBIT F**

**Please send to:**
Dispute Resolution Office
Office of Special Services and Inclusive Education
Maine Department of Education
23 State House Station
Augusta, ME 04333-0023
Email: dueprocess.doe@maine.gov
Fax: (207) 624 – 6641

**Date of receipt by MDOE:**

**Are you willing to participate in mediation?** Yes ☐  No **X**
(Mediation will not interfere with the timeline for a complaint investigation)

1. Name of person requesting a complaint investigation: __John and Jane Doe__
   (Required)                                              (please print)

| Please check one: | | | |
|---|---|---|---|
| Parent ☐ | Adult Student (18 or older) ☐ | School District/CDS ☐ | Surrogate Parent ☐ |
| Guardian **X** | Attorney for District/CDS ☐ | Attorney for child ☐ | Interested Party ☐ |

2. **Contact Information:**
Parent #1 (Required)

| Name | John Doe |
|---|---|
| Address | |
| City | |
| State/Zip code | |
| Email | |
| Home Phone | |
| Cell phone | |

Parent #2 (Optional)

| Name | Jane Doe |
|---|---|
| Address | |
| City | |
| State/Zip code | |
| Email | |
| Home Phone | |
| Cell phone | |

Interested Party (**Required if person making request, otherwise, optional**)

| Name | |
|---|---|
| Address | |
| City | |
| State/Zip code | |
| Email | |
| Home Phone | |
| Cell phone | |

3. **Child's Information** (*Required; other items are optional)

| **Child's Name*** | Tommy Doe |
|---|---|
| Date of Birth | (age 19; under guardianship) |
| List Disability | Autism |
| **Child's residence*** | |
| Home phone | |
| School district/CDS site | Lewiston |
| **School/ program*** | Spurwink Lewiston Day Treatment |
| Grade/Level | 12 |
| Address of program | 581 Sabattus Street, Lewiston, ME 04240 |

Does the child have a current IEP? Yes **X** No ☐

Is the Child tuitioned to the school/program listed above? Yes **X** No ☐

If yes, which town or district is responsible? Lewiston

Will the parent(s)/adult student be represented by an attorney or advocate in this complaint investigation?   Yes **X**   No ☐

4. **Attorney/Advocate's Information (Optional)**

| Name of Attorney/Advocate | Richard O'Meara |
|---|---|
| Address | Murray, Plumb & Murray, 75 Pearl Street, P.O. Box 9785 |
| City | Portland |
| State/Zip code | ME 04104-5085 |
| Email address | romeara@mpmlaw.com |
| Phone number | 207-523-8222 |
| Fax number | 207-773-8023 |

October 2023

**5. Description of the issue(s): (Required)**
Note: Completely and accurately describe the reason(s) you are asking for an investigation. Please be as complete as possible including dates, names, and places when appropriate, as well as all the issue(s) you want the investigator to address, and the facts relating to those issues. (Use additional pages if needed)

**This is a complaint against a Spurwink, a state-approved special purpose public school, which is in active violation of an order issued by a state IDEA hearing officer.**

On November 8, Lewiston convened T's IEP Team for a previously scheduled triennial IEP Team meeting. Toward the end of the meeting, Spurwink's representative indicated to the guardians and other members of Tomm s IEP Team that it was unilaterally dismissing Luke from his placement at its school, Spurwink Lewiston Day Treatment. The IEP Team, however, made no determination to change T's placement. T's current IEP, dated August 2024, describes his placement as "outplaced" for "day treatment" at Spurwink, stating that "Tommy requires a highly structured and staff supported environment with clear and consistent expectations and a clinical component." The Maine Department of Education's administrative letter of November 24, 2021, entitled "IEP REQUIREMENTS FOR OUT-OF-UNIT PLACEMENTS," interprets MUSER § IX.3.I, and requires Spurwink, as a Special Purpose Private School, to "ensure compliance with IDEA. Spurwink's legal obligations under its state approval include utilizing the IEP team process for changes in placement and maintaining "stay put" in the event of a dispute (34 CFR §300.518). That letter also states that an "SPPS and other out-of-unit placements are not in compliance with IDEA when they terminate a student' s placement without going through the IEP process."

Tomm s guardians commenced a due process complaint against Lewiston on November 8, 2024. The Department captioned that case against Lewiston as No 25.048H and assigned it to Hearing Officer Melanie Frazek. Hearing Officer Frazek issued a stay-put order on November 21, 2024, requiring that Tomm continue his educational placement at Spurwink during the pendency of the proceedings. The order concludes with this language: "Spurwink's unilateral discharge is reversed and Student shall resume his IEP placement at Spurwink Lewiston Day Treatment immediately."

Despite this order and Lewiston's urgings for compliance with its terms, Spurwink has refused to comply with the order and will not permit Tomm to return to the educational placement called for by his IEP. Tomm has now been out of school for fifteen days and, without state intervention to enforce the hearing officer's stay-put order, it does not appear that Spurwink will permit him to return to school.

October 2023

**6. How could this problem be resolved? (Attach additional pages if necessary)**

The Guardians seek to have Spurwink immediately comply with its legal responsibilities as a state-approved special purpose private school or lose its state approval to supply IEP services to Maine students with disabilities.

---

**This form must be mailed to the Maine Department of Education, DRO, 23 State House Station, Augusta, ME 04333, or faxed to 207-624-6641, or emailed to dueprocess.doe@maine.gov. At the same time, you must send a copy to the school district Superintendent. Please sign below that you are complying with this requirement.**

I certify that I am sending this complaint investigation request to the Maine Department of Education and at the same time, I am sending a copy to the school district Superintendent. **(Required)**

Jane Doe
Signature

**Signature of individual submitting request (Required)**

Jane Doe
Signature

Date: 11/22/24

Jane Doe
Print Name

October 2023

For additional information or assistance, you may wish to contact:
- The superintendent or special education director of the school district or CDS site board chair or regional CDS site director.
- The MDOE, Dispute Resolution Office-telephone: 207-624-6644 fax: 207-624-6641 Maine Relay 711 or email: dueprocess.doe@maine.gov
- The Maine Parent Federation (MPF) 800-870-7746

**The Maine Department of Education provides equal opportunity in its programs and services. If you need accommodations, please contact the Dispute Resolution Office, at 207-624-6644, Maine Replay 711 or email:** dueprocess.doe@maine.gov

Dispute Resolution Office
Office of Special Services and Inclusive Education
Maine Department of Education
23 State House Station
Augusta, ME 04333-0023
Voice: 207-624-6644
Fax: 207-624-6641
TTY: MAINE RELAY 771
Email: dueprocess.doe@maine.gov

October 2023