

**EXHIBIT G**

**STATE OF MAINE**
**DEPARTMENT OF EDUCATION**
**23 STATE HOUSE STATION**
**AUGUSTA, ME  04333-0023**

**JANET T. MILLS**
GOVERNOR

**A. PENDER MAKIN**
COMMISSIONER

January 21, 2025

 Parents

Jake Langlais, Superintendent
Lewiston Public Schools
36 Oak St.
Lewiston, ME 04040

Eric Campbell, Vice President
Spurwink Lewiston Day Treatment
581 Sabattus St. Lewiston, ME, 04240

Re: 25.051C Parents v. Lewiston Public Schools and Spurwink Lewiston

VIA EMAIL

Dear Mr. and Mrs.  Superintendent Langlais, and Mr. Campbell,

In light of the decision by the hearing officer in 25.048H, the state complaint investigation is closed. (MUSER XVI 4 A (4)(b)). Further administrative guidance will follow.

Sincerely,

Erin Frazier, State Director of Special Services Birth – 22

EF/ll

Cc: Richard O'Meara, Esq. Murray, Plumb & Murray, Esq. (via email);
Kirsten Crafts, Special Education Director, Lewiston Public Schools (via email);
Eric Herlan, Esq., Attorney for the District, DrummondWoodsum (via email);
Rachel W. Sears, Esq., Attorney for the District, DrummondWoodsum (via email);
Tara A. Walker, Esq., Attorney for Spurwink Lewiston, BernsteinShur (via email).